UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.
Scott M. Wilhelm, Esq.
305 Roseberry Street
P.O. Box 800
Phillipsburg, New Jersey 08865
Telephone: (908) 454-3200
Facsimile:  (908) 454-3322
wilhelms@wwgrlaw.com
Attorneys for Debtors

Order Filed on January 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NEIL HOCH and GISELLE HOCH,

Debtors

Case No.:   17-17112-MBK

Chapter:   13

Hearing Date: 2/10/2021 @ 9:00 AM

Judge:   Michael B. Kaplan

## ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

*[Leave the rest of this page blank]*

DATED: January 26, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The Court having reviewed the movants' Motion to Approve Loan Modification Agreement, and any related responses or objections, it is hereby

**ORDERED** that:

1. Debtors' Motion is granted and the proposed Loan Modification Agreement between the Debtors and Wells Fargo Bank, N.A., is approved in the form set forth in exhibit "A" of Debtors' motion.

2. Debtors' counsel shall cause a copy of this Order to be served upon all Interested Parties forthwith.