| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**<br>**Scott M. Wilhelm, Esq.**<br>305 Roseberry Street<br>P.O. Box 800<br>Phillipsburg, New Jersey 08865<br>Telephone: (908) 454-3200<br>Facsimile:   (908) 454-3322<br>wilhelms@wwgrlaw.com<br>Attorneys for Debtors | Order Filed on January 26, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NEIL HOCH and GISELLE HOCH,<br><br><div align="center">Debtors</div> | Case No.:   17-17112-MBK<br><br>Chapter:   13<br><br>Hearing Date: 2/10/2021 @ 9:00 AM<br><br>Judge:   Michael B. Kaplan |

<div align="center">

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION AGREEMENT**

</div>

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: January 26, 2021**

<div align="right">

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

</div>

The Court having reviewed the movants' Motion to Approve Loan Modification Agreement, and any related responses or objections, it is hereby

**ORDERED** that:

1. Debtors' Motion is granted and the proposed Loan Modification Agreement between the Debtors and Wells Fargo Bank, N.A., is approved in the form set forth in exhibit "A" of Debtors' motion.

2. Debtors' counsel shall cause a copy of this Order to be served upon all Interested Parties forthwith.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-17112-MBK
Neil Hoch  Chapter 13
Giselle Hoch
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Jan 26, 2021 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

**Recip ID          Recipient Name and Address**
db/jdb           + Neil Hoch, Giselle Hoch, 215 Natalie Drive, Phillipsburg, NJ 08865-3555

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

**Name**                **Email Address**

Albert Russo
                        docs@russotrustee.com

Denise E. Carlon
                        on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                        on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Nicole Marie Savage
                        on behalf of Creditor Wells Fargo Bank  N.A. nicole.savage@brockandscott.com

Rebecca Ann Solarz
                        on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Scott M. Wilhelm

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Joint Debtor Giselle Hoch kathleenc@wwgrlaw.com G27019@notify.cincompass.com |
| Scott M. Wilhelm | |
|  | on behalf of Debtor Neil Hoch kathleenc@wwgrlaw.com G27019@notify.cincompass.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | |
|  | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers | |
|  | on behalf of Creditor WELLS FARGO BANK  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | |
|  | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 11