| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Neil Hoch<br>Giselle Hoch aka Giselle Anazagasty; et al<br>215 Natalie Drive<br>Phillipsburg, NJ 08865 | Case No.:<br><br>Chapter:<br><br>Judge: | 17-17112-MBK<br><br>13<br><br>Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Neil Hoch_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __8/29/22_____

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*