UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Neil Hoch<br>Giselle Hoch aka Giselle Anazagasty; et al<br>215 Natalie Drive<br>Phillipsburg, NJ 08865 | Case No.: 17-17112-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Giselle Hoch                                                    Co- , debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid
   in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts

   payable under court order or statute that were due on or before the date of this

   certification.

I certify under penalty of perjury that the above is true.

Date: _8/29/22_                          _Giselle Hoch_
                                    (CO) Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in
  Support of Discharge.**

*rev.8/1/18*