Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−17112−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Neil Hoch
215 Natalie Drive
Phillipsburg, NJ 08865

Giselle Hoch
aka Giselle Anazagasty, aka Giselle
Anazagasty−Hoch
215 Natalie Drive
Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−3252                                                    xxx−xx−5250

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 23, 2022                    Michael B. Kaplan
                                             Judge, United States Bankruptcy Court